1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | 801 I Street, 3rd Floor
Sacramento, California 95814
3 | Telephone: (916) 498-5700

4

5 | Attorney for Defendant
DAVID ALARCON
6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,  )  No. 6:12-mj-00014-MJS
                            )
13 |           Plaintiff,      )
                            )  STIPULATION CONTINUING STATUS;
14 |       v.                  )  PROPOSED ORDER
                            )
15 | DAVID ALARCON,             )
                            )  Date:  June 12, 2012
16 |           Defendant.      )  Time:  10:00 a.m.
                            )  Judge: Michael J. Seng
17 | _____     )

18

19 |     The parties, through their respective attorneys, hereby stipulate and agree to continue the currently

20 | scheduled status conference in this case from May 15, 2012 to June 12, 2012, at 10:00 a.m.  Plaintiff

21 | United States previously requested that the blood sample from Mr. Alarcon be tested; however, the results

22 | of the test have not yet been released to the parties' counsel.  Resolution of the current charges in this case

23 | is likely to be affected by the test results.  Continuance of this matter for a month should be sufficient time

24 | for the tests to be completed and the results shared with counsel.

25 | / /

26 | / /

27 | / /

28 | / /

Mr. Alarcon has been informed of this development by his counsel and he joins in this request for a continuance.

Dated: May 10, 2012

                                         Respectfully submitted,

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
DAVID ALARCON

Dated: May 10, 2012

/s/ Matthew McNease
MATTHEW McNEASE
Attorney for Plaintiff
United States of America

---------------

**ORDER**

Pursuant to the stipulation of the parties and for the reasons stated therein, IT IS HEREBY ORDERED that the status conference in this case be continued from May 15, 2012, to June 12, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 10, 2012            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE